JS-6

1  Robert D. Brugge, Bar No. 92532
   rdb@kpclegal.com
2  Stephen C. Pasarow, Bar No. 94241
   scp@kpclegal.com
3  Barbara Ciolino, Bar No. 145730
   bcm@kpclegal.com
4  KNAPP, PETERSEN & CLARKE
   550 North Brand Boulevard, Suite 1500
5  Glendale, California 91203-1922
   Telephone: (818) 547-5000
6  Facsimile: (818) 547-5329

7  Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| GREATER PACIFIC REALTY CORP., | ) NO.   CV 21-2391-GW-JPRx |
|---|---|
| Plaintiff, | ) Date:              June 23, 2022 |
|  | ) Time:                  8:30 a.m. |
| v. | ) Ctrm:                          9D |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES 1 THROUGH 10, INCLUSIVE, | ) Judge:             George H. Wu |
|  | ) Date Action Filed:  March 19, 2021 |
|  | ) Trial Date:       October 18, 2022 |
|  | ) ORDER GRANTING STIPULATION |
| Defendant. | ) FOR DISMISSAL OF ACTION |

The Court having considered the Stipulation for Dismissal of Action filed by the Parties, and GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered:

The Stipulation for Dismissal of Action is GRANTED in its entirety and with prejudice.

Dated: September 21, 2022

_George H. Wu_
HON. GEORGE H. WU,
United States District Judge

**KNAPP, PETERSEN & CLARKE**

-1-